| | |
|---|---|
| 1 | GLYNN & FINLEY, LLP |
| | JAMES M. HANLON, JR. Bar No. 214096 |
| 2 | MORGAN K. LOPEZ, Bar No. 215513 |
| | One Walnut Creek Center |
| 3 | 100 Pringle Avenue, Suite 500 |
| | Walnut Creek, CA 94596 |
| 4 | Telephone: (925) 210-2800 |
| | Facsimile: (925) 945-1975 |
| 5 | Email: jhanlon@glynnfinley.com |
| | Email: mlopez@glynnfinley.com |
| 6 | |
| | Attorneys for Defendant |
| 7 | Haier US Appliance Solutions, Inc. |

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEMPER INDEPENDENCE INSURANCE COMPANY, | Case No. 2:19-cv-01746-MCE-KJN |
| Plaintiff, | **STIPULATION AND ORDER RE JOINT DISCOVERY PLAN PURSUANT TO FRCP 26(f)(2)** |
| vs. | |
| HAIER US APPLIANCE SOLUTIONS, INC.; and DOES 1 through 100, inclusive, | |
| Defendants. | |

STIPULATION & [PROP.] ORDER RE JOINT DISCOVERY. PLAN PURSUANT TO FRCP 26(f)(2)

WHEREAS, on October 16, 2019, counsel for Defendant Haier US Appliance Solutions, Inc. and Plaintiff Kemper Independence Insurance Company met and conferred pursuant to Federal Rule of Civil Procedure 26(f)(2) and agreed on a written discovery plan.

WHEREAS, the parties believe that shortening the fact discovery period from the 365-day period set forth in the initial pretrial scheduling order to six months from the date of this report will lead to efficient and effective resolution of this matter;

The following deadlines are hereby STIPULATED AND AGREED to, by and between Defendants and Plaintiff:

***Deadline to Complete Non-Expert Discovery.*** April 30, 2020

***Expert Witness Disclosures.*** June 29, 2020.

***Supplemental Expert Disclosures.*** July 29, 2020.

***Deadline to Complete Expert Discovery.*** September 9, 2020.

SO STIPULATED:

Dated: October 30, 2019

GLYNN & FINLEY, LLP
JAMES M. HANLON, JR.
MORGAN K. LOPEZ
One Walnut Creek Center
100 Pringle Avenue, Suite 500
Walnut Creek, CA  94596

By   /s/ *James M. Hanlon, Jr.*
     Attorneys for Defendant
     Haier US Appliance Solutions, Inc.

Dated: October 30, 2019

COZEN O'CONNOR
PETER A. LYNCH
501 West Broadway, Suite 1610
San Diego, CA 92101

By   /s/ *Peter A. Lynch*
     Attorney for Plaintiffs
     Kemper Independent Ins. Co.

# ORDER

Having read and considered the parties' stipulation regarding their joint discovery plan,

**IT IS ORDERED THAT:**

The Court sets the following discovery deadlines:

| **Matter** | **Deadline** |
| --- | --- |
| Non-Expert Discovery | April 30, 2020 |
| Expert Witness Disclosures | June 29, 2020 |
| Supplemental Expert Disclosures | July 29, 2020 |
| Expert Discovery | Sept. 9, 2020 |

IT IS SO ORDERED.

Dated: November 4, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE