GLYNN & FINLEY, LLP
JAMES M. HANLON, JR. Bar No. 214096
MORGAN K. LOPEZ, Bar No. 215513
One Walnut Creek Center
100 Pringle Avenue, Suite 500
Walnut Creek, CA 94596
Telephone: (925) 210-2800
Facsimile: (925) 945-1975
Email: jhanlon@glynnfinley.com
Email: mlopez@glynnfinley.com

Attorneys for Defendant
Haier US Appliance Solutions, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEMPER INDEPENDENCE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>HAIER US APPLIANCE SOLUTIONS, INC.; and DOES 1 through 100, inclusive,<br><br>Defendants. | **Case No. 2:19-cv-01746-MCE-KJN**<br><br>**STIPULATION AND ORDER EXTENDING DISCOVERY DEADLINES** |

1       WHEREAS, this subrogation action arises from an insurance claim Plaintiff paid following a residential fire in Sacramento California in January 2018;

      WHEREAS, on November 4, 2019, at the parties' request, the Court entered an order shortening the fact discovery period from the 365-day period set forth in the initial pretrial scheduling order to approximately six months from the date of the parties' joint discovery plan;

      WHEREAS the parties have been working diligently to complete fact discovery prior to the April 30, 2020 deadline, but have encountered certain unanticipated issues which compel them to request a short extension of the current discovery deadlines;

      WHEREAS these unanticipated issues include the production of sensitive and confidential business material and trade secrets, which led the parties to file a stipulated protective order on March 10, 2020;

      WHEREAS the need to seek a protective order has delayed production of certain of the parties' sensitive documents;

      WHEREAS these unanticipated issues also include the need to discover factual information relating to the scope of the insured's claim;

      WHEREAS the parties also are in the process of meeting and conferring concerning legal issues relating to the production of information within the control of the insured, and;

      WHEREAS the extensions sought by the parties would nonetheless result in discovery being completed sooner than it would had the Court adopted its standard 365-day discovery period.

///
///
///
///
///
///
///
///

1       THEREFORE, the parties STIPULATE AND AGREE to extend the existing discovery

2 deadlines as follows:

| Matter | Current Deadline | Proposed Deadline |
|---|---|---|
| Non-Expert Discovery | April 30, 2020 | July 31, 2020 |
| Expert Witness Disclosures | June 29, 2020 | Sept. 30, 2020 |
| Supplemental Expert Disclosures | July 29, 2020 | Oct. 30, 2020 |
| Expert Discovery | Sept. 9, 2020 | Dec. 11, 2020 |

8       SO STIPULATED:

Dated: March 11, 2020            GLYNN & FINLEY, LLP
                                                 JAMES M. HANLON, JR.
                                                 MORGAN K. LOPEZ
                                                 One Walnut Creek Center
                                                 100 Pringle Avenue, Suite 500
                                                 Walnut Creek, CA 94596

                                                 By   /s/ *James M. Hanlon, Jr.*
                                                         Attorneys for Defendant
                                                         Haier US Appliance Solutions, Inc.

Dated: March 11, 2020            COZEN O'CONNOR
                                                 PETER A. LYNCH
                                                 501 West Broadway, Suite 1610
                                               San Diego, CA 92101

                                               By   /s/ *Peter A. Lynch*
                                                         Attorney for Plaintiffs
                                                        Kemper Independent Ins. Co.

**ORDER**

Having read and considered the parties' stipulation requesting that the Court extend the current discovery deadlines, and good cause appearing,

**IT IS ORDERED THAT:**

The Court amends the discovery deadlines as follows:

| Matter | Deadline |
| --- | --- |
| Non-Expert Discovery | July 31, 2020 |
| Expert Witness Disclosures | Sept. 30, 2020 |
| Suppl. Expert Disclosures | Oct. 30, 2020 |
| Expert Discovery | Dec. 11, 2020 |

IT IS SO ORDERED.

Dated: March 16, 2020

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE