GLYNN & FINLEY, LLP
JAMES M. HANLON, JR. Bar No. 214096
MORGAN K. LOPEZ, Bar No. 215513
One Walnut Creek Center
100 Pringle Avenue, Suite 500
Walnut Creek, CA 94596
Telephone: (925) 210-2800
Facsimile: (925) 945-1975
Email: jhanlon@glynnfinley.com
Email: mlopez@glynnfinley.com

Attorneys for Defendant
Haier US Appliance Solutions, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

KEMPER INDEPENDENCE INSURANCE COMPANY,

Plaintiff,

vs.

HAIER US APPLIANCE SOLUTIONS, INC.; and DOES 1 through 100, inclusive,

Defendants.

**Case No. 2:19-cv-01746-MCE-KJN**

**STIPULATION AND ORDER EXTENDING DISCOVERY DEADLINES**

WHEREAS, this subrogation action arises from an insurance claim Plaintiff paid following a residential fire in Sacramento California in January 2018;

WHEREAS, on November 4, 2019, at the parties' request, the Court entered an order shortening the fact discovery period from the 365-day period set forth in the initial pretrial scheduling order to approximately six months from the date of the parties' joint discovery plan (Dkt. 11);

WHEREAS, on March 16, 2020, at the parties' request, the Court extended the discovery deadline (Dkt. 15);

WHEREAS, also on March 16, California began issuing shelter in place orders, certain of which are still in effect;

WHEREAS, the shelter in place orders and other circumstances related to COVID-19 have delayed the parties' ability to conduct factual discovery because, *inter alia*, (1) the fire occurred in California, (2) the majority of the factual witnesses reside in this State, and (3) all named counsel for Plaintiff and Defendant live and work in California;

WHEREAS, despite the shelter-in place orders the parties have been working diligently to complete fact discovery prior to the current July 31, deadline by scheduling depositions and exchanging written discovery;

WHEREAS, none of the scheduled depositions have yet to go forward due to circumstances related to COVID-19 and the shelter-in-place orders;

WHEREAS, the parties are in the process of rescheduling these depositions and anticipate conducting a deposition via videoconference next week;

WHEREAS, the parties remain wary that their attempts to complete factual discovery may be delayed by future COVID-19 outbreaks, related orders, or other activities that result in the closing of businesses and/or the courts and thus believe that a four-month extension of the current deadlines is warranted under the circumstances.

///

///

///

THEREFORE, the parties STIPULATE AND AGREE to extend the existing discovery deadlines as follows:

| **Matter** | **Current Deadline** | **Proposed Deadline** |
|---|---|---|
| Non-Expert Discovery | July 31, 2020 | Nov. 30, 2020 |
| Expert Witness Disclosures | Sept. 30, 2020 | Jan. 29, 2021 |
| Supplemental Expert Disclosures | Oct. 30, 2020 | March 1, 2021 |
| Expert Discovery | Dec. 11, 2020 | April 12, 2021 |

SO STIPULATED:

Dated: June 5, 2020

GLYNN & FINLEY, LLP
JAMES M. HANLON, JR.
MORGAN K. LOPEZ
One Walnut Creek Center
100 Pringle Avenue, Suite 500
Walnut Creek, CA 94596

By /s/ *Morgan K. Lopez*
Attorneys for Defendant
Haier US Appliance Solutions, Inc.

Dated: June 5, 2020

COZEN O'CONNOR
PETER A. LYNCH
501 West Broadway, Suite 1610
San Diego, CA 92101

By /s/ *Peter A. Lynch*
Attorney for Plaintiffs
Kemper Independent Ins. Co.

**ORDER**

Having read and considered the parties' stipulation requesting that the Court extend the current discovery deadlines, and good cause appearing, the Court amends the discovery deadlines as follows:

| **Matter** | **Deadline** |
|---|---|
| Non-Expert Discovery | Nov. 30, 2020 |
| Expert Witness Disclosures | Jan. 29, 2021 |
| Suppl. Expert Disclosures | March 1, 2021 |
| Expert Discovery | April 12, 2021 |

IT IS SO ORDERED.

Dated: June 10, 2020

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE