Peter A. Lynch (SBN 123603)
Dana N. Meyers (SBN 272640)
COZEN O'CONNOR
501 West Broadway, Suite 1610
San Diego, CA  92101
Telephone: 619.234.1700
Facsimile: 619.234.7831

Attorney for Plaintiff
KEMPER INDEPENDENCE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| KEMPER INDEPENDENCE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>HAIER US APPLIANCE SOLUTIONS, INC.; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.: 2:19-cv-01746-MCE-KJN<br><br>**ORDER TO DISMISS ACTION AND RETAIN JURISDICTION TO EFORCE SETTLEMENT AGREEMENT** |
|---|---|

Having considered the Stipulation to Dismiss and Retain Jurisdiction to Enforce Settlement Agreement and Stipulated Judgment, and good cause appearing, IT IS HEREBY ORDERED:

1. Plaintiff Kemper Independence Insurance Company's Complaint is hereby dismissed with prejudice;

2. The Court agrees to retain jurisdiction to enforce the terms of the Settlement Agreement.

3. The matter having been concluded, the Clerk of Court is directed to close the file.

IT IS SO ORDERED.

Dated:  January 28, 2021

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

1